Opinion.

## Richmond.

COHEN AND WINSTON, RECEIVERS, v. WALFORD, COLLECTOR.

January 26, 1911.

1.  APPEAL AND ERROR—*Amount in Controversy.*—Where a tax less
    than $300 is in controversy, but neither the right to levy it,
    nor the constitutionality of the statue under which it is levied,
    is drawn in question, this court is without jurisdiction to re-
    view the judgment of the trial court.

Error to a judgment of the Hustings Court of the city of
Richmond, on a petition filed praying a judgment for cer-
tain delinquent taxes. Judgment for the petitioner. De-
fendants assign error.

*Dismissed.*

*Page & Leary,* for the plaintiffs in error.

*H. R. Pollard,* for the defendant in error.

BY THE COURT.

We are of opinion that neither the right to levy a tax, nor
the constitutionality of a law is drawn in question in this case.
The controversy is merely pecuniary, and the amount of the
tax involved being less than $300, the court is without juris-
diction.

It is, therefore, considered that the writ of error be dis-
missed as having been improvidently awarded.

*Dismissed.*